NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERMAINE MARQUIS THOMPSON,   )
 )
     Appellant,   )
 )
v.   )   Case No. 2D18-88
 )
STATE OF FLORIDA,   )
 )
     Appellee.   )
_____)

Opinion filed July 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

PER CURIAM.

     Affirmed.

VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.